# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD JEANE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 18-1071 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| GARY C. GALLOWAY, | ) | |
| | ) | |
| Defendant. | ) | |

---

| | | |
|---|---|---|
| GARY GALLOWAY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 18-1124 |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| RICHARD JEANE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Order in Civil Action No. 18-1071, granting Full Consent to Proceed Before a U.S. Magistrate Judge, will be withdrawn, as described herein.

The removed-cases in Civil Action Nos. 18-1071 and 18-1124 have been deemed-related by the Court. All parties in 18-1071 have consented to the jurisdiction of a Magistrate Judge; but the parties in 18-1124 have not. In 18-1124, no answer has been filed; nor has there been a motion to remand. It is unclear, in 18-1124, whether Range Resources Appalachia – LLC is, or is purported to be, a party to the litigation.

Any uncertainties notwithstanding, one thing – in the undersigned's view – remains clear: a single judicial officer properly should adjudicate all of the claims in these cases. While the parties remain free to consent to the jurisdiction of a Magistrate Judge, the consent must be

unanimous by all parties properly before the Court.  Accordingly, the Order granting Full Consent to Proceed Before a U.S. Magistrate Judge in Civil Action No. 18-1071 is **WITHDRAWN**, without prejudice to renewal as contemplated herein.

    IT IS SO ORDERED.


October 2, 2018                                        s\Cathy Bissoon
                                                      Cathy Bissoon
                                                      United States District Judge

cc (via ECF email notification):

All Counsel of Record